IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WALTER BRYANT,

    Petitioner,

-vs-

WARDEN GOSSETT,

    Respondent.                                         No. 14-cv-1380-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on June 30, 2015 (Doc. 20), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.**

                JUSTINE FLANAGAN,
                ACTING CLERK OF COURT


                BY:   *s/Caitlin Fischer*
                          Deputy Clerk

**DATED:** June 30, 2015

Digitally signed by David R. Herndon
Date: 2015.06.30 13:38:15 -04'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**